# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### DOCKET NO. 3:08-cv-530-FDW

| | |
|---|---|
| CELANESE ACETATE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LEXCOR, LTD., ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes now before the Court *sua sponte* to address its previous Order that Plaintiff show cause why its case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) (Doc. No. 6). The Court now holds that Plaintiff has shown compliance with Rule 4(f), the applicable rule for service upon foreign corporations (Doc. Nos. 7-10), and that this case may therefore proceed.

IT IS SO ORDERED.    Signed: May 4, 2009

Frank D. Whitney
United States District Judge