# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:08-cv-00530-W

| | | |
|---|---|---|
| **CELANESE ACETATE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ENTRY OF DEFAULT** |
| | ) | |
| **LEXCOR, LTD.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the Court on Plaintiff Celanese Acetate LLC's ("Celanese") Motions for Entry of Default (Docs. Nos. 39, 40)[1] against Defendant Lexcor, Ltd. ("Lexcor"). Based on the motions, the documents filed, and other matters of record, the Court finds and concludes as follows:

1.  This Court allowed the withdrawal of Lexcor's counsel by Order filed February 11, 2010 (Doc. No. 37). In that Order, this Court required Lexcor to immediately secure replacement counsel. The Order further provided that such replacement counsel should file an entry of appearance within 14 days of the date of the Order.

2.  No replacement counsel has filed an entry of appearance on behalf of Lexcor, and the time for doing so has expired.

3.  The Court's Order made clear that a corporate defendant cannot proceed in this matter pro se, and that the failure of Lexcor to comply with the Order may cause the entry of default and default judgment against Lexcor.

---

[1] Plaintiff's first motion contained a typographical error(Doc. No. 39), so Plaintiff subsequently amended and reincorporated that motion (Doc. No. 40) to correct the error.

4.    In addition to failing to comply with this Court's Order, Lexcor's failure to obtain replacement counsel has prevented Celanese from accomplishing pretrial discovery.

5.    Lexcor's failure to obtain replacement counsel constitutes a failure of Lexcor "to otherwise defend" in this action within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure, and therefore constitutes a default. Accordingly, Lexcor's conduct warrants the entry of default against Lexcor.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

A.    Defendant's Motion for Entry of Default (Doc. No. 40) is GRANTED;

B.    Defendant's Motion for Entry of Default (Doc. No. 39) is DENIED AS MOOT;

C.    Default is hereby entered against Lexcor;

D.    Celanese may file a Motion for Default Judgment in accordance with Fed. R. Civ. P. 55(b); and

E.    The Clerk is DIRECTED to send a copy of this Order to the addresses of record for Lexcor, that is Room 7-3-23, Qijiayuan Diplomatic Compound, 9 Jianguomenwai Street, Chaoyong District, Beijing, China 10060; and 28/F, BEA Harbor View Center, 56 Gloucester Road, Wanchai, Hong Kong.

IT IS SO ORDERED.

Signed: March 10, 2010

Frank D. Whitney
United States District Judge